FILED
FEB 12 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 2:08cr31-WKW |
| v. | [18 U.S.C. § 922(g)(1)] |
| DESMOND TYRELL COLEMAN | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about June 16, 2007, in Lowndes County, within the Middle District of Alabama,

**DESMOND TYRELL COLEMAN,**

having been convicted of the following offenses, each of which are punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

- Theft of Property in the First Degree in the Circuit Court of Butler County, Alabama, Case No CC2000-16, on or about March 24, 2000;

- Theft of Property in the First Degree in the Circuit Court of Lowndes County, Alabama, Case No CC2001-01, on or about March 5, 2001;

- Theft of Property in the First Degree in the Circuit Court of Lowndes County, Alabama, Case No CC2001-03, on or about March 5, 2001; and

- Assault in the Second Degree in the Circuit Court of Bullock County, Alabama, Case No CC2004-34, on or about May 3, 2004;

did knowingly possess in and affecting commerce a Smith and Wesson, model Air Weight, .38 caliber, revolver, a better description of which is unknown to the Grand Jury.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

**DESMOND TYRELL COLEMAN,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

> One Smith and Wesson, model Air Weight, .38 caliber, revolver.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
TOMMIE BROWN HARDWICK
Assistant United States Attorney

*[signature]*
CHRISTOPHER A. SNYDER
Assistant United States Attorney