IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | )  Case No. 2:08-cr-31-WKW |
| | ) |
| DESMOND TYRELL COLEMAN | ) |

## MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment heretofore filed in the above styled cause to Desmond Tyrell Coleman on the following grounds, to wit:

In the interest of justice.

Respectfully submitted this the 15th day of February, 2008.

                                          Respectfully submitted,

                                        LEURA G. CANARY
                                        UNITED STATES ATTORNEY

                                        /s/ Christopher A. Snyder
                                        CHRISTOPHER A. SNYDER
                                        131 Clayton Street
                                        Montgomery, Alabama 36104
                                        Phone: (334) 223-7280
                                        FAX: (334) 223-7135

RECEIVED
2008 FEB 15 P 12: 53

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:08-cr-31-WKW |
| ) | |
| DESMOND TYRELL COLEMAN ) | |

## ORDER

Upon consideration of the Motion for Leave to Dismiss the Indictment as to Desmond Tyrell Coleman heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this ___ day of February, 2008.

_____
W. KEITH WATKINS
UNITED STATES DISTRICT JUDGE


## DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed in the above styled cause as to Desmond Tyrell Coleman.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

CHRISTOPHER A. SNYDER
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135