IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:08-cr-31-WKW |
| ) | |
| DESMOND TYRELL COLEMAN ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Indictment (Doc. # 4) as to Desmond Tyrell Coleman heretofore filed in the above styled cause, and for good cause shown, it is ORDERED that the motion is GRANTED.

DONE this 22nd day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed in the above styled cause as to Desmond Tyrell Coleman.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135